## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Leo L. Thomas  |  CHAPTER 13
     Debtor(s)

BKY. NO. 13-17448 BIF

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of LNV Corporation, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 8893

          Respectfully submitted,

          **/s/Thomas Puleo, Esquire**
          Thomas Puleo, Esquire
          Brian C. Nicholas, Esquire
          KML Law Group, P.C.
          701 Market Street, Suite 5000
          Philadelphia, PA 19106-1532
          (215) 825-6306  FAX (215) 825-6406