*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Leo L. Thomas
    Debtor(s)

Case No: 13–17448–amc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Certificate of default filed by PNC Bank and objection filed by debtor

    on: 1/10/17

    at: 11:00 AM

    in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 12/20/16

Timothy B. McGrath
Clerk of Court

80 – 77, 78
Form 167