United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 13-17448-amc
Leo L. Thomas                                                         Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia           Page 1 of 1              Date Rcvd: Dec 20, 2016
                              Form ID: 167             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2016.
db             +Leo L. Thomas,    313 W. Tabor Road,    Philadelphia, PA 19120-2820

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2016                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2016 at the address(es) listed below:
     ANDREW F GORNALL    on behalf of Creditor    DOVENMUEHLE MORTGAGE, INC agornall@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     ANDREW F GORNALL    on behalf of Creditor    LNV Corporation agornall@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     DAVID B. SPITOFSKY    on behalf of Debtor Leo L. Thomas spitofskybk@verizon.net,
      spitofskylaw@verizon.net
     JOHN ERIC KISHBAUGH    on behalf of Creditor    PNC Bank, National Association jkishbaugh@udren.com,
      vbarber@udren.com
     SHERRI J. BRAUNSTEIN    on behalf of Creditor    PNC Bank, National Association
      sbraunstein@udren.com,   vbarber@udren.com
     THOMAS I. PULEO    on behalf of Creditor    LNV Corporation tpuleo@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
      philaecf@gmail.com
     WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                                   TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Leo L. Thomas
    Debtor(s)

Case No: 13−17448−amc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Certificate of default filed by PNC Bank and objection filed by debtor

    on: 1/10/17

    at: 11:00 AM

    in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 12/20/16

Timothy B. McGrath
Clerk of Court

80 − 77, 78
Form 167