# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                             Chapter 13

                                             Bankruptcy No. 13-17448-AMC

Leo L. Thomas

313 W. Tabor Road

Philadelphia, PA 19120

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    Leo L. Thomas

    313 W. Tabor Road

    Philadelphia, PA 19120

Counsel for debtor(s), by electronic notice only.

    DAVID B. SPITOFSKY ESQUIRE
    LAW OFFICES OF DAVID SPITOFSKY
    516 SWEDE ST
    NORRISTOWN, PA 19401-

                                                  /S/ William C. Miller

Date: 10/16/2018                                  _____

                                                  William C. Miller, Esquire
                                                  Chapter 13 Standing Trustee