United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 13-17448-amc
Leo L. Thomas                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia         Page 1 of 3              Date Rcvd: Mar 15, 2019
                       Form ID: 138NEW         Total Noticed: 98

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2019.

```
db            +Leo L. Thomas,    313 W. Tabor Road,    Philadelphia, PA 19120-2820
13134565       ADT Security Services, Inc.,    P.O. Box 371967,    Pittsburgh, PA 15250-7967
13134566      +AES/Keystone,    1200 N. 7th Street,    Harrisburg, PA 17102-1419
13134567      +AES/Wells Fargo Bank, N.A.,    1200 N. 7th Street,    Harrisburg, PA 17102-1419
13134564       Abington Memorial Hospital,    P.O. Box 786331,    Philadelphia, PA 19178-6331
13134571      +American Express,    P.O. Box 981537,    El Paso, TX 79998-1537
13228575       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13134572      +American Income Life Ins. Co.,    P.O. Box 2608,    Waco, TX 76797-0001
13239371      +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
                 El Segundo, CA 90245-3504
13134574      +Associated Credit Services,    105B South Street,    P.O. Box 9100,    Hopkinton, MA 01748-2206
13134576       Black Enterprise,    c/o North Shore Agency,    P.O. Box 9205,    Old Bethpage, NY 11804-9005
13134577       Bureau of Collection Recovery,    7575 Corporate Way,    Eden Prairie, MN 55344-2022
13134580      +Citibank South Dakota, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
13134582       City of Philadelphia,    Code Violation Enforcement Div,    P.O. Box 56318,
                 Philadelphia, PA 19130-6318
13134584       City of Philadelphia -Water Dept.,    1209 4th Avenue South,    Nashville, TN 37210-4107
13134586     #+Commonwealth of Pennsylvania,    c/o District Court,    875 North Easton Road,
                 Glenside, PA 19038-5239
13134587     #+Commonwealth of Pennsylvania,    c/o District Court,    200 W. Main Street,
                 Norristown, PA 19401-4658
13134589      +Creditors Interchange, Inc.,    80 Holtz Drive,    Buffalo, NY 14225-1470
13134592     ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
              (address filed with court: Direct TV, Inc.,    Customer Service,    P.O. Box 70014,
                 Boise, ID 83707-0114)
13134561      +David B. Spitofsky, Esquire,    516 Swede Street,    Norristown, PA 19401-4807
13134590      +Debt Litigation Specialists,    8001 Castor Avenue,    Philadelphia, PA 19152-2701
13134591       Delaware Dept. Transportation,    Delaware E-ZPass Violations,    P.O. Box 697,
                 Dover, DE 19903-0697
13166320      +ECMC,    PO BOX 16408,    St. Paul, MN 55116-0408
13134597      +ER Solutions, Inc.,    500 S.W. 7th Street,    P.O. Box 9004,    Renton, WA 98057-9004
13134594      +Educational Credit Mgt. Corp.,    c/o Premiere Credit North Am.,    P.O. Box 19309,
                 Indianapolis, IN 46219-0309
13134595       Encore Receivable Management,    P.O. Box 3330,    Olathe, KS 66063-3330
13134599      +FMS, Inc.,    4915 South Union Avenue,    Tulsa, OK 74107-7839
13134598      +Firstsource Advantage, LLC,    205 Bryant Woods South,    Amherst, NY 14228-3609
13134600       Ford Motor Credit Company,    P.O. Box 542000,    Omaha, NE 68154-8000
13134601      +Gilbert Dental Center P.C.,    P.O. Box 9991,    Philadelphia, PA 19118-0991
13134602      +Greenhouse Internists, PC,    345 E. Mount Airy Avenue,    Philadelphia, PA 19119-1114
13134603      +HSBC Bank Nevada, N.A.,    P.O. Box 5253,    Carol Stream, IL 60197-5253
13134604      +I.C. Systems Collections,    P.O. Box 64668,    Saint Paul, MN 55164-0668
13155967      +Independence Learning Center,    Your Collection Solution LLC,    PO Box 25201,
                 Rochester NY 14625-0201
13134606      +KML Law Group, P.C.,    Suite 5000 Mellon Indep. Ctr.,    701 Market Street,
                 Philadelphia, PA 19106-1538
13134609      +LNV Corporation,    7195 Dallas Parkway,    Plano, TX 75024-4922
13134607       Laboratory Corp. of America,    P.O. Box 2240,    Burlington, NC 27216-2240
13134610      +Macy's,    P.O. Box 8218,    Mason, OH 45040-8218
13134611      +Meenan Oil,    8301 Lansdowne Avenue,    Upper Darby, PA 19082-5499
13134612      +Municipality of Norristown,    235 East Airy Street,    Norristown, PA 19401-5003
13134613       National Asset Recovery Serv.,    P.O. Box 701,    Chesterfield, MO 63006-0701
13134615     #+Nationwide Credit, Inc.,    P.O. Box 26314,    Lehigh Valley, PA 18002-6314
13134614       Nationwide Credit, Inc.,    2015 Vaughn Road, NW,    Suite 400,    Kennesaw, GA 30144-7802
13134618       Norristown Area School Dist.,    c/o Berkheimer Tax Admin.,    P.O. Box 25144,
                 Lehigh Valley, PA 18002-5144
13134619      +Norristown Mun. Waste Auth.,    235 E. Airy Street,    2nd Floor,    Norristown, PA 19401-5003
13134620      +Northland Group, Inc.,    P.O. Box 390846,    Minneapolis, MN 55439-0846
13134627      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14239412      +PNC Bank National Association,    c/o Rebecca A. Solarz, Esq.,    701 Market Street, Suite 5000,
                 Philadelphia PA 19106-1541
13147930      +PNC Bank, National Association,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
13134628      +PNC Mortgage,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
13134622      #Penn Credit Corporation,    P.O. Box 988,    Harrisburg, PA 17108-0988
13134623       Pennsylvania American Water,    P.O. Box 371412,    Pittsburgh, PA 15250-7412
13134624      +Philadelphia Gas Works,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2898
13134626       Philadelphia Parking Authority,    c/o D.L.S. Law Offices,    PMB 141,    Philadelphia, PA 19151
13134629      +Powerhouse Gym of Phila.,    c/o Interstate Credit and Coll,    P.O. Box 731,
                 Plymouth Meeting, PA 19462-0731
13134630      +Sears/CBSD,    P.O. Box 6189,    Sioux Falls, SD 57117-6189
13134631      +Slomin's,    125 Lauman Lane,    Hicksville, NY 11801-6539
13134632     #+Solomon and Solomon, P.C.,    5 Columbia Circle,    Albany, NY 12203-5180
13134633      +Sylvan Learning Center,    c/o Your Collection Solution,    P.O. Box 25201,
                 Rochester, NY 14625-0201
13134634       The CBE Group, Inc.,    131 Tower Park, Suite 100,    P.O. Box 2547,    Waterloo, IA 50704-2547
```

```
District/off: 0313-2                  User: Virginia                Page 2 of 3                   Date Rcvd: Mar 15, 2019
                                      Form ID: 138NEW               Total Noticed: 98


13134635       Twin Oaks Software Development,    P.O. Box 247,    Kensington, CT  06037-0247
13134636       Udren Law Offices, P.C.,    Woodcrest Corporate Center,    111 Woodcrest Rd., Suite 200,
                Cherry Hill, NJ  08003-3620
13134637      +United Collection Bureau, Inc.,    5620 Southwyck Blvd., Ste. 206,    Toledo, OH 43614-1501
13134638      +Van Ru Credit Corporation,    1350 E. Touhy Avenue,    Suite 100E,    Des Plaines, IL 60018-3337
13134642       William W. Siegel & Assoc.,    P.O. Box 9006,    Smithtown, NY  11787-9006
13148702       eCAST Settlement Corporation, assignee,    of Citibank (South Dakota), N.A.,    POB 29262,
                New York, NY 10087-9262
13134593       eCast Settlement Corp.,    P.O. Box 29262,    New York, NY  10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Mar 16 2019 03:31:00      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 16 2019 03:30:32      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13134570      +E-mail/Text: bkrpt@retrievalmasters.com Mar 16 2019 03:30:01      AMCA,
                2269 S. Saw Mill River Road,    Bldg. 3,    Elmsford, NY 10523-3848
13134569       E-mail/Text: EBNProcessing@afni.com Mar 16 2019 03:30:15      Afni, Inc.,   404 Brock Drive,
                P.O. Box 3427,    Bloomington, IL  61702-3427
13134568       E-mail/Text: EBNProcessing@afni.com Mar 16 2019 03:30:15      Afni, Inc.,   P.O. Box 3097,
                Bloomington, IL  61702-3097
13173647       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 16 2019 03:37:52
                American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                Oklahoma City, OK  73124-8838
13134573      +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 16 2019 03:26:13      Anson Street, LLC,
                c/o Resurgent Capital Services,    P.O. Box 10675,    Greenville, SC 29603-0675
13240415       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 16 2019 03:26:50
                Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
13134575       E-mail/Text: legal@arsnational.com Mar 16 2019 03:28:58      Associated Recovery Systems,
                P.O. Box 469046,    Escondido, CA  92046-9046
13134578      +E-mail/Text: notices@burt-law.com Mar 16 2019 03:31:48      Burton Neil, Esq.,
                Burton Neil & Associates,    1060 Andrew Drive, Ste. 170,    West Chester, PA 19380-5600
13214839       E-mail/Text: megan.harper@phila.gov Mar 16 2019 03:31:00
                City of Philadelphia Law Department,    Tax Unit - Bankruptcy,    Municipal Services Building,
                1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1595
13159903       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 16 2019 03:26:04
                Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13134579       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 16 2019 03:26:38
                Capital One Bank USA, N.A.,    P.O. Box 30281,    Salt Lake City, UT  84130-0281
13134581       E-mail/Text: EBNProcessing@afni.com Mar 16 2019 03:30:15      Citizens Financial Group,
                c/o Afni, Inc.,    P.O. Box 3517,    Bloomington, IL  61702-3517
13134583      +E-mail/Text: bankruptcy@philapark.org Mar 16 2019 03:31:37      City of Philadelphia,
                P.O. Box 41819,    Philadelphia, PA  19101-1819
13134585       E-mail/Text: documentfiling@lciinc.com Mar 16 2019 03:28:35      Comcast Cable,   P.O. Box 3005,
                Southeastern, PA  19398-3005
13134588      +E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 16 2019 03:31:46
                Credit Collection Services,    Two Wells Avenue,    Newton, MA 02459-3246
13134596      +E-mail/Text: bknotice@ercbpo.com Mar 16 2019 03:30:08      Enhanced Recovery Corporation,
                8014 Bayberry Road,    Jacksonville, FL 32256-7412
13134562      +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Mar 16 2019 03:30:03      Frederic J. Baker, Esquire,
                Office of U.S. Trustee,    833 Chestnut Street, Suite 500,    Philadelphia, PA 19107-4405
13159788       E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 16 2019 03:30:21      Jefferson Capital Systems LLC,
                PO BOX 7999,    SAINT CLOUD MN 56302-9617
13134605       E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 16 2019 03:30:21      Jefferson Capital Systems, LLC,
                16 Mcleland Road,    Saint Cloud, MN  56303-2198
13134608       E-mail/Text: bankruptcy@affglo.com Mar 16 2019 03:30:05      Leading Edge Recovery Solution,
                P.O. Box 129,    Linden, MI  48451-0129
13134616      +E-mail/Text: egssupportservices@alorica.com Mar 16 2019 03:30:17      NCO Financial,
                507 Prudential Road,    Horsham, PA 19044-2308
13134617       E-mail/Text: bankruptcydepartment@tsico.com Mar 16 2019 03:31:33      NCO Financial Systems,
                P.O. Box 15740,    Wilmington, DE  19850-5740
13134621      +E-mail/Text: bankruptcygroup@peco-energy.com Mar 16 2019 03:28:56      PECO Energy Company,
                N3-2, Accounts Receivable Grp,    2301 Market Street,    Philadelphia, PA 19103-1338
13167457      +E-mail/Text: bankruptcygroup@peco-energy.com Mar 16 2019 03:28:56      PECO Energy Company,
                Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13174559       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 16 2019 03:29:35
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg PA 17128-0946
13134625      +E-mail/Text: bankruptcy@philapark.org Mar 16 2019 03:31:38      Philadelphia Parking Authority,
                3101 Market Street,    Philadelphia, PA 19104-2806
13134639      +E-mail/Text: ebn@vantagesourcing.com Mar 16 2019 03:30:31      Vantage Sourcing,   P.O. Box 6786,
                Dothan, AL 36302-6786
13134640      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 16 2019 03:28:32
                Verizon Pennsylvania,    500 Technology Drive,    Weldon Springs, MO 63304-2225
13134641      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 16 2019 03:28:32
                Verizon Wireless,    P.O. Box 26055,    Minneapolis, MN 55426-0055
                                                                                              TOTAL: 31
```

```
District/off: 0313-2           User: Virginia              Page 3 of 3                   Date Rcvd: Mar 15, 2019
                               Form ID: 138NEW             Total Noticed: 98

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                   Harrisburg, PA   17128-0946
13227837*        +Anson Street c/o Resurgent Capital Services,    P.O. Box 10675,   Greenville, SC 29603-0675
13159844*        ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
                  (address filed with court: Jefferson Capital Systems LLC,    PO BOX 7999,
                    SAINT CLOUD MN 56302-9617)
13134563*        +Leo L. Thomas,   313 W. Tabor Road,   Philadelphia, PA 19120-2820
                                                                                             TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2019 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    LNV Corporation agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor    DOVENMUEHLE MORTGAGE, INC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DAVID B. SPITOFSKY    on behalf of Debtor Leo L. Thomas spitofskybk@verizon.net,
               spitofskylaw@verizon.net
              JOHN ERIC KISHBAUGH    on behalf of Creditor    PNC Bank, National Association jkishbaugh@udren.com,
               vbarber@udren.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC Bank, National Association
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC Bank National Association bkgroup@kmllawgroup.com
              SHERRI J. SMITH    on behalf of Creditor    PNC Bank, National Association
               sherri.braunstein@phelanhallinan.com, pa.bkecf@fedphe.com
              THOMAS I. PULEO    on behalf of Creditor    LNV Corporation tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WALTER WILLIAM GOULDSBURY, III    on behalf of Creditor    PNC Bank, National Association
               wgouldsbury@udren.com, vbarber@udren.com
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 12
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Leo L. Thomas
      Debtor(s)

Bankruptcy No: 13−17448−amc
Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

☑ 2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑ 3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

4. All objections must be filed with the Clerk at the following address:

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

      For The Court
      Timothy B. McGrath
      Clerk of Court

Dated: 3/15/19

96 − 95
Form 138_new