United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 13-17448-amc
Leo L. Thomas                                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin              Page 1 of 2              Date Rcvd: Apr 05, 2019
                              Form ID: 3180W           Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2019.
```
db          +Leo L. Thomas,    313 W. Tabor Road,    Philadelphia, PA 19120-2820
13239371    +American InfoSource LP as agent for,     DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
              El Segundo, CA 90245-3504
13134561    +David B. Spitofsky, Esquire,    516 Swede Street,    Norristown, PA 19401-4807
13155967    +Independence Learning Center,    Your Collection Solution LLC,    PO Box 25201,
              Rochester NY 14625-0201
13147930    +PNC Bank, National Association,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Apr 06 2019 02:36:52     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 06 2019 02:36:40     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13228575     EDI: BECKLEE.COM Apr 06 2019 06:23:00      American Express Centurion Bank,
              c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13173647     EDI: AIS.COM Apr 06 2019 06:28:00      American InfoSource LP as agent for,     Verizon,
              PO Box 248838,    Oklahoma City, OK  73124-8838
13134573    +EDI: RESURGENT.COM Apr 06 2019 06:28:00      Anson Street, LLC,    c/o Resurgent Capital Services,
              P.O. Box 10675,    Greenville, SC 29603-0675
13240415     EDI: RESURGENT.COM Apr 06 2019 06:28:00      Ashley Funding Services, LLC its successors and,
              assigns as assignee of Laboratory,    Corporation of America Holdings,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13214839     E-mail/Text: megan.harper@phila.gov Apr 06 2019 02:36:52
              City of Philadelphia Law Department,    Tax Unit - Bankruptcy,    Municipal Services Building,
              1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1595
13159903     EDI: CAPITALONE.COM Apr 06 2019 06:23:00      Capital One Bank (USA), N.A.,    PO Box 71083,
              Charlotte, NC  28272-1083
13166320    +EDI: ECMC.COM Apr 06 2019 06:23:00      ECMC,   PO BOX 16408,    St. Paul, MN 55116-0408
13134600     EDI: FORD.COM Apr 06 2019 06:28:00      Ford Motor Credit Company,    P.O. Box 542000,
              Omaha, NE  68154-8000
13159788     EDI: JEFFERSONCAP.COM Apr 06 2019 06:28:00      Jefferson Capital Systems LLC,    PO BOX 7999,
              SAINT CLOUD MN 56302-9617
13167457    +E-mail/Text: bankruptcygroup@peco-energy.com Apr 06 2019 02:35:48      PECO Energy Company,
              Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13174559     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 06 2019 02:36:08
              Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
              Harrisburg PA 17128-0946
13148702     EDI: ECAST.COM Apr 06 2019 06:23:00      eCAST Settlement Corporation, assignee,
              of Citibank (South Dakota), N.A.,    POB 29262,    New York, NY 10087-9262
                                                                                               TOTAL: 14
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*         Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
                                                                                         TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2           User: admin                  Page 2 of 2                   Date Rcvd: Apr 05, 2019
                               Form ID: 3180W               Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2019 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    LNV Corporation agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor    DOVENMUEHLE MORTGAGE, INC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DAVID B. SPITOFSKY    on behalf of Debtor Leo L. Thomas spitofskybk@verizon.net,
               spitofskylaw@verizon.net
              JOHN ERIC KISHBAUGH    on behalf of Creditor    PNC Bank, National Association jkishbaugh@udren.com,
               vbarber@udren.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC Bank, National Association
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC Bank National Association bkgroup@kmllawgroup.com
              SHERRI J. SMITH    on behalf of Creditor    PNC Bank, National Association
               sherri.braunstein@phelanhallinan.com, pa.bkecf@fedphe.com
              THOMAS I. PULEO    on behalf of Creditor    LNV Corporation tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WALTER WILLIAM GOULDSBURY, III    on behalf of Creditor    PNC Bank, National Association
               wgouldsbury@udren.com, vbarber@udren.com
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 12
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Leo L. Thomas** <br> First Name    Middle Name    Last Name | Social Security number or ITIN **xxx–xx–3521** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | |
| Case number: | **13–17448–amc** | |

# Order of Discharge                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Leo L. Thomas

<u>4/4/19</u>                                                                **By the court:**    <u>Ashely M. Chan</u>
                                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**