United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Leo L. Thomas  
    Debtor

Case No. 13-17448-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia    Page 1 of 1    Date Rcvd: Apr 15, 2019  
                Form ID: 195    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2019.  
db         +Leo L. Thomas,    313 W. Tabor Road,    Philadelphia, PA 19120-2820

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                     TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2019                                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2019 at the address(es) listed below:
        ANDREW F GORNALL    on behalf of Creditor    DOVENMUEHLE MORTGAGE, INC agornall@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        ANDREW F GORNALL    on behalf of Creditor    LNV Corporation agornall@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        DAVID B. SPITOFSKY    on behalf of Debtor Leo L. Thomas spitofskybk@verizon.net,  
         spitofskylaw@verizon.net  
        JOHN ERIC KISHBAUGH    on behalf of Creditor    PNC Bank, National Association jkishbaugh@udren.com,  
         vbarber@udren.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    PNC Bank, National Association  
         bkgroup@kmllawgroup.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    PNC Bank National Association bkgroup@kmllawgroup.com  
        SHERRI J. SMITH    on behalf of Creditor    PNC Bank, National Association  
         sherri.braunstein@phelanhallinan.com,   pa.bkecf@fedphe.com  
        THOMAS I. PULEO    on behalf of Creditor    LNV Corporation tpuleo@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WALTER WILLIAM GOULDSBURY, III    on behalf of Creditor    PNC Bank, National Association  
         wgouldsbury@udren.com,   vbarber@udren.com  
        WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,  
         philaecf@gmail.com  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                                                                         TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Leo L. Thomas : Case No. 13−17448−amc
    Debtor(s)

## *ORDER*
_____

AND NOW, this day , April 15, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

100
Form 195