IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Leo L. Thomas,<br><br>        Debtor. | Bankruptcy No. 13-17448-amc<br><br>Chapter 13<br><br>Doc. No. 2-1 |

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Redact and Restrict Public Access and Authorize Filing of Replacement Proof of Claim (claim number 2-1) filed by PNC Bank NA;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) (claim number 2-1) fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to Proof of Claim filed as claim number 2-1 on the Claims Register forthwith.

PNC Bank NA shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before** July 31, 2019.

Dated: **June 24, 2019**

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE