United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 13-17448-amc
Leo L. Thomas Chapter 13
 Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2 User: Virginia Page 1 of 1 Date Rcvd: Jun 24, 2019
 Form ID: pdf900 Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2019.
db +Leo L. Thomas,   313 W. Tabor Road,   Philadelphia, PA 19120-2820
13134628 +PNC Mortgage,   3232 Newmark Drive,   Miamisburg, OH 45342-5433

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2019 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2019 at the address(es) listed below:
           ANDREW F GORNALL    on behalf of Creditor    DOVENMUEHLE MORTGAGE, INC agornall@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           ANDREW F GORNALL    on behalf of Creditor    LNV Corporation agornall@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           DAVID B. SPITOFSKY    on behalf of Debtor Leo L. Thomas spitofskybk@verizon.net,
            spitofskylaw@verizon.net
           HAROLD N. KAPLAN    on behalf of Creditor    PNC Bank National Association hkaplan@rasnj.com
           JOHN ERIC KISHBAUGH    on behalf of Creditor    PNC Bank, National Association jkishbaugh@udren.com,
            vbarber@udren.com
           REBECCA ANN SOLARZ    on behalf of Creditor    PNC Bank, National Association
            bkgroup@kmllawgroup.com
           REBECCA ANN SOLARZ    on behalf of Creditor    PNC Bank National Association bkgroup@kmllawgroup.com
           SHERRI J. SMITH    on behalf of Creditor    PNC Bank, National Association
            sherri.braunstein@phelanhallinan.com, pa.bkecf@fedphe.com
           THOMAS I. PULEO    on behalf of Creditor    LNV Corporation tpuleo@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
           WALTER WILLIAM GOULDSBURY, III    on behalf of Creditor    PNC Bank, National Association
            wgouldsbury@udren.com, vbarber@udren.com
           WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
            philaecf@gmail.com
           WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re:<br><br>Leo L. Thomas,<br><br>   Debtor. | Bankruptcy No. 13-17448-amc<br><br>Chapter 13<br><br>Doc. No. 2-1 |
|---|---|

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Redact and Restrict Public Access and Authorize Filing of Replacement Proof of Claim (claim number 2-1) filed by PNC Bank NA;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) (claim number 2-1) fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to Proof of Claim filed as claim number 2-1 on the Claims Register forthwith.

PNC Bank NA shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before** July 31, 2019.

Dated: **June 24, 2019**

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE